# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT JOHN NOWAK,
                    Appellant,
              vs.
TIMOTHY FILSON, WARDEN,
                    Respondent.

No. 76252

FILED

JUL 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on June 25, 2018. Thus, the notice of appeal is premature. *See* NRS 177.015(3). To the extent that appellant appeals from the "order granting motion for enlargment of time to file return to petition," no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
              Pickering

_____ J.          _____, J.
Gibbons                                        Hardesty

18-27261

cc:    Hon. Steve L. Dobrescu, District Judge
Brent John Nowak
Attorney General/Carson City
Attorney General/Ely
White Pine County Clerk